# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRENE GRIVAS,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF LANCASTER,<br>　　　　　　Defendant. | :<br>:<br>:<br>:　　No. 24-cv-0245<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 7th day of June, 2024, upon consideration of Defendant's Motion to Strike Notice of Removal/Motion to Remand, *see* ECF No. 17; Defendant's Motion to Dismiss, *see* ECF No. 23; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

    1.    The Motion to Strike Notice of Removal, *see* ECF No. 17, is **GRANTED**.

        a.    The Clerk of Courts is **DIRECTED** to Strike the Notice of Removal. *See* ECF No. 5;

    2.    The Motion to Remand, *see* ECF No. 17, is **DENIED**;

    3.    The Motion to Dismiss, *see* ECF No. 23, is **GRANTED in part**.

        a.    The Court will **ABSTAIN** from hearing all claims for injunctive relief in this case.

        b.    The remaining claims for monetary damages are **STAYED** pending the finalization of the underlying nuisance action docketed in the Lancaster County Court of Common Pleas at No. CI-21-06503.

        c.    The Parties **SHALL** notify the Court within 30 days after those proceedings conclude.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge